IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN WALKER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 07-4977 |
| MICHAEL A. FARNAN, ET AL. | : | |

### ORDER

**AND NOW,** this __29th__ day of January, 2015, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 27), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED.** Judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**